In the Matter of the Estate of Dr. JACOB KURNIK, Deceased. Discovery Proceeding. CELIA KURNIK, Respondent; BENJAMIN R. HARRIMAN and Another, Appellants.— Order of the Surrogate's Court of Kings county denying motion to dismiss proceedings in discovery under sections 205 and 206 of the Surrogate's Court Act, and directing examination of appellants, affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of LAWRENCE MARKS, Appellant, for a Peremptory Order of Mandamus against JOSEPH W. MOORE and Others, Constituting the Board of Parole, and Another, Respondents.— Order denying appellant's motion for a peremptory order of mandamus directing his discharge from custody on the ground that he is illegally detained unanimously affirmed as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of SILVIA PALLANTE, Respondent, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Appellant.— In a certiorari proceeding to review the determination of the board of standards and appeals, order denying the appellant's motion to vacate the order of certiorari on the ground that the application therefor was not timely, reversed on the law with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of Ottinger v. Arenal Realty Co. (257 N. Y. 371). Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate the FIRST MORTGAGE GUARANTY AND TITLE COMPANY. CENTRAL NATIONAL BANK OF NEW ROCHELLE, Respondent, v. NEW ROCHELLE TRUST COMPANY, Respondent, and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Rehabilitator of the FIRST MORTGAGE GUARANTY AND TITLE COMPANY, and Another, Appellants.— Judgment, adjudging inter alia, that the First Mortgage Guaranty and Title Company or the Superintendent of Insurance of the State of New York, its rehabilitator, has no right, title or interest in the sum of $10,500 on deposit with the New Rochelle Trust Company, and directing the payment of said sum, with interest, to the Central National Bank of New Rochelle, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of EDWARD H. RICK and Others, Respondents, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Appellants.— Peremptory mandamus order directing defendants to accord petitioners the rights and privileges of " permanent " rather than " temporary " employees, and to pay petitioners the salaries fixed by the uniform schedules adopted and filed by the board of education unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.